IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK JOE GUTIERREZ                                                                    PLAINTIFF

        v.                          Civil No. 09-2149

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                  DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 18th day of January 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**